MAJOR LEAGUE BASEBALL PROP-
ERTIES, INC., and Los Angeles
Dodgers, Inc., Plaintiffs,

v.

SED NON OLET DENARIUS, LTD., d/b/a
the Brooklyn Dodger Sports Bar & Res-
taurant, Bums Inc., d/b/a the Brooklyn
Dodger, 9506 Inc., d/b/a the Brooklyn
Dodger, David Senatore, Richard Picar-
di, and Kevin Boyle, Defendants.

No. 90 Civ. 2170 (CBM).

United States District Court,
S.D. New York.

May 4, 1994.

*ORDER VACATING ORDER AND JUDGMENT AND OPINION AND DISMISSING ACTION*

MOTLEY, District Judge.

Plaintiffs Major League Baseball Properties, Inc. and Los Angeles Dodgers, Inc. (collectively, "Plaintiffs") and Defendants Sed Non Olet Denarius, Ltd., Bums, Inc., 9506, Inc., Dave Senatore, Richard Picardi, and Kevin F. Boyle (collectively, "Defendants"), having jointly moved this Court for an order vacating its Order and Judgment, entered June 8, 1993, and Opinion, dated April 6, 1993 (reported at 817 F.Supp. 1103 (S.D.N.Y. 1993)); it is hereby

ORDERED, ADJUDGED and DE-CREED that the joint motion is granted; and it is further

ORDERED that the Order and Judgment, entered June 8, 1993, and the Opinion, dated April 6, 1993, be and the same hereby are vacated; and it is further

ORDERED that the action is dismissed; and it is further

ORDERED that each party is to bear its own costs.

SO ORDERED: